DEKKER v. RICHEY, BROWN & DONALD. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Appeal

from Trial Term, New York County. Action by Lambert Dekker against Richey, Brown & Donald. From a judgment for plaintiff, and an order denying a motion for a new trial, defendant appeals. Reversed, and new trial ordered, unless plaintiff accept a reduced amount, in which event the judgment is affirmed, as so modified. T. H. Lord, of New York City, for appellant. Henry Leon Slobodin, of New York City, for respondent.

PER CURIAM. The judgment and order should be reversed, and a new trial ordered, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $3,500, in which event, judgment, as so modified, affirmed, and order affirmed, without costs; the reason being that in the opinion of the court the verdict as rendered must have been based upon a finding that the plaintiff suffered tuberculosis as a result of the accident, and, if the jury did so find, it was against the weight of evidence. The other injuries were not sufficiently severe, in the opinion of the court, to justify a larger recovery than the amount to which the judgment should be reduced as before indicated. Ordered accordingly.